IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONA FIORENTINI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WILLIAM PENN SCHOOL DISTRICT | : | No. 13-3689 |

**<u>O R D E R</u>**

**AND NOW**, this 9th day of February, 2016, **I HEREBY ORDER** that the defendant's motion for summary judgment (Doc. No. 40) is **GRANTED**.

BY THE COURT:

/s J. Willliam Ditter, Jr.
J. WILLIAM DITTER, JR., J.